1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICES OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com

6  **Attorney for Petitioner SAMEH HUSSEIN**

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

12 Sameh Hussein                              )
                                              )
13         Petitioner                         )  **Case No. C 11-05346 MEJ**
                                              )
14    v.                                      )  **Plaintiff's Request For**
                                              )  **Dismissal and** ~~Proposed~~
15                                            )  **Order**
                                              )
16 Robin Barrett,                             )  **Immigration Case**
   San Francisco Field Office Director;       )
17 United States Citizenship and Immigration  )
   Services                                   )
18                                            )
           Defendants                         )
19 _____)

20        Plaintiff hereby moves to dismiss this case.

22 Dated: November 16, 2011           Respectfully submitted,
23

25                                    _____/s/_____
                                      Kip Evan Steinberg
26                                    Attorney for Sameh Hussein

28 *Hussein v. Barrett (No. C 11-05346 MEJ)*
   Request for Dismissal                     1

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed.

Dated: November 17, 2011

_____
Honorable Maria-Elena James
United States Magistrate

*Hussein v. Barrett (No. C 11-05346 MEJ)*
Request for Dismissal    2