| | |
|---|---|
| 1 | Kip Evan Steinberg (SBN 096084) |
| | LAW OFFICES OF KIP EVAN STEINBERG |
| 2 | Courthouse Square |
| | 1000 Fourth Street, Suite 600 |
| 3 | San Rafael, CA 94901 |
| | Telephone: 415-453-2855 |
| 4 | Facsimile: 415-456-1921 |
| | kip@steinberg-immigration-law.com |
| 5 | |
| 6 | **Attorney for Petitioner SAMEH HUSSEIN** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sameh Hussein ) | |
| ) | |
| Petitioner ) | **Case No. C 11-05346 MEJ** |
| ) | |
| v. ) | **Plaintiff's Request For Dismissal and ~~Proposed~~ Order** |
| ) | |
| ) | |
| Robin Barrett, ) | **Immigration Case** |
| San Francisco Field Office Director; ) | |
| United States Citizenship and Immigration ) | |
| Services ) | |
| ) | |
| Defendants ) | |
| _____) | |

Plaintiff hereby moves to dismiss this case.

Dated: November 16, 2011                  Respectfully submitted,


                                           _____/s/_____
                                           Kip Evan Steinberg
                                           Attorney for Sameh Hussein

*Hussein v. Barrett (No. C 11-05346 MEJ)*
Request for Dismissal                    1

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed.

Dated: November 17, 2011

_____
Honorable Maria-Elena James
United States Magistrate

*Hussein v. Barrett (No. C 11-05346 MEJ)*
Request for Dismissal                    2